# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE:                                  ) Case No.: 22-59831-jrs
                                        )
Kenyana Evury                           )
                                        )
                                        ) Chapter: 7
                                        )
Debtor(s)

---

Motion to withdraw delay in discharge. Please move forward with discharging Ch. 7. I will not be filing an adversary action.

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA
2023 MAR 13 AM 10:40
M. REGINA THOMAS
CLERK
BY: /s/ Paula Smith
DEPUTY CLERK

Dated: 3/13/2023        Signature:      Kenyana Evury

                        Printed Name:   Kenyana Evury

                        Address:        1081 Turkey Run Ct.
                                        Lilburn, GA 30047

                        Phone:          (404) 219-7359

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

IN RE: Kenyana Evey )         Case No: 22-59831-jrs
_____ )
_____ )         Chapter 7
_____ )
_____ )
Debtor(s)

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the 13th day of March, 2023 served a copy of Motion to a withdraw ke withdraw delay in discharge. which was filed in this bankruptcy matter on the ____ day of _____, 20__.

Mode of service (check one):    ✓ MAILED         ○ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):
S Gregory Hays
2964 Peachtree Rd. Ste 555
Atlanta, GA 30305

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: March 13, 2023        Signature: Kenyana Evey
                             Printed Name: Kenyana Evey
                             Address: 1081 Turkey Run Ct SW
                             Lilburn, GA 30047
                             (404)217-7359
                             Phone:

(Generic Certificate of Service – Revised 4/13)